United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| J.B. Black, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-5934 |
| | § | |
| Trans Union LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Peter Bray's Memorandum and Recommendation ("M&R") that the Court deny Plaintiff's Motion for a Preliminary Injunction. Docs. 40 (Motion), 71 (M&R). Plaintiff did not object to the M&R. Because no part of it is clearly erroneous or contrary to law, *see* Fed. R. Civ. P. 72(a), the portion of the M&R denying Plaintiff's Motion for a Preliminary Injunction is adopted. Plaintiff's Motion for a Preliminary Injunction is DENIED.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 13th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge